IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN HENDON, Executor of the Estate of
Charles Hendon (deceased), and VIVIAN HENDON        PLAINTIFFS

vs.                        Case No. 4:06 CV 665 RTD

GUIDANT CORPORATION, an Indiana
Corporation, et al.                                  DEFENDANTS

### ORDER OF DISMISSAL WITH PREJUDICE

On this 17th day of January, 2008, came on to be heard the parties' joint motion for dismissal with prejudice pursuant to a settlement agreement, and the Court, being well and full apprised of all relevant matters of fact and law, hereby grants the motion and dismisses this case, with prejudice, each party to bear its own costs and fees, and retains jurisdiction over this matter for the purpose of enforcing the settlement agreement of the parties.

_____
United States District Court Judge